*Hamilton J. Hewitt* for appellant.

*Austin W. Erwin* for Town of West Sparta, *amicus curiæ.*

*Donald H. Grant* and *Harry R. Bigelow, Jr.,* for respondent.

*Seth T. Cole* for Firemen's Association of the State of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

---

In the Matter of LEO BARRY et al., Appellants, against JAMES E. CONDON et al., Constituting the Municipal Civil Service Commission of the City of Utica, et al., Respondents.

In the Matter of GEORGE E. DEBBOLD et al., Appellants, against JAMES E. CONDON et al., Constituting the Municipal Civil Service Commission of the City of Utica, et al., Respondents.

(Argued October 2, 1935; decided October 22, 1935.)

M. *Francis Malone* for appellants.

*Edward L. O'Donnell* for Harold J. Gadsby et al., respondents.

*Jacob Tumposky, Corporation Counsel (Ernest E. DeRosa* of counsel), for Municipal Civil Service Commission et al., respondents.

In each proceeding, appeal dismissed, with costs. We find no constitutional question involved. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELMER HAWK, Appellant.

(Submitted October 2, 1935; decided October 22, 1935.)